| | | |
|---|---|---|
| JOESPH TABB, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-58 |
| | * | |
| v. | * | |
| | * | |
| HOMER BRYSON; TOM GRAMIAK; | * | |
| NATHAN BROOKS; WILLIAM | * | |
| STEEDLEY; KIMBERLY LOWE; EDWINA | * | |
| JOHNSON; JUANDA CRAWFORD; JANE | * | |
| DOE; MR. FERREL; and JANE DOE 2, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 64), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims **without prejudice** for failure to follow the Court's directives and failure to prosecute and **DISMISSES as moot** Defendants' Motion to Dismiss, (dkt. no. 57). The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court also **DIRECTS** the

Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of November, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA